IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
MAR 2 6 2025
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| v. | CRIMINAL NO. 25-148 (MAJ) |
| **[1] JOSÉ ANTONIO DE LEÓN-PACHE,** **[2] MELVIN DÍAZ-LINAS, and** **[3] MIKILENDY ESPIRITUSANTO-** **MARTINEZ** | VIOLATIONS: 8 U.S.C. §§ 1324(a)(1)(A)(I) & (v)(I); 8 U.S.C. §§ 1324(a)(1)(A)(I) & (v)(II); 8 U.S.C. § 1325(a); and 8 U.S.C. § 1326(a) |
| Defendants | (FIVE COUNTS) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Bring in Illegal Aliens at a Place Other Than a Designated Port of Entry
### (Title 8, *United States Code*, Section 1324(a)(1)(A)(I) & (v)(I))

Beginning on a date unknown, but not later than in or around March 14, 2025, in the

District of Puerto Rico, elsewhere, and within the jurisdiction of this Court, the defendants,

**[1] JOSÉ ANTONIO DE LEÓN-PACHE,**
**[2] MELVIN DÍAZ-LINAS, and**
**[3] MIKILENDY ESPIRITUSANTO-MARTINEZ,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and

with persons unknown to the Grand Jury, to bring to the United States illegal aliens, namely E.A,

J.A., M.A., Y.A., D.A., W.A., E.B., A.D., D.S., R.D., A.D., N.D., J.F., L.F., F.F., F.G., R.J., L.J.N.,

J.K., R.Y.M., L.M.P., M.M., J.O., P.P., Y.P., A.S., M.T., J.V., A.W., L.W., M.R.L., and J.S.P.,

among others, knowing the fact that they are aliens, in any manner whatsoever at a place other

than a designated port of entry or place other than as designated by the Secretary of Homeland

Security, regardless of whether such aliens had received prior official authorization to come to,

enter, or reside in the United States and regardless of any future official action which may be taken

with respect to such aliens. All in violation of 8 U.S.C. §§ 1324(a)(1)(A)(I) & (v)(I).

## COUNT TWO
### Bringing in Illegal Aliens at a Place Other Than a Designated Port of Entry; Aiding and Abetting
### (Title 8, *United States Code*, Section 1324(a)(1)(A)(I) & (v)(II))

On or about March 13, 2025 through March 14, 2025, in the District of Puerto Rico,

elsewhere, and within the jurisdiction of this Court, the defendants,

### [1] JOSÉ ANTONIO DE LEÓN-PACHE,
### [2] MELVIN DÍAZ-LINAS, and
### [3] MIKILENDY ESPIRITUSANTO-MARTINEZ,

aiding and abetting each other and other persons unknown to the Grand Jury, did knowingly and

intentionally bring to the United States illegal aliens, namely E.A, J.A., M.A., Y.A., D.A., W.A.,

E.B., A.D., D.S., R.D., A.D., N.D., J.F., L.F., F.F., F.G., R.J., L.J.N., J.K., R.Y.M., L.M.P., M.M.,

J.O., P.P., Y.P., A.S., M.T., J.V., A.W., L.W., M.R.L., and J.S.P., among others, knowing the fact

that they are aliens, in any manner whatsoever at a place other than a designated port of entry or

place other than as designated by the Secretary of Homeland Security, regardless of whether such

aliens had received prior official authorization to come to, enter, or reside in the United States and

regardless of any future official action which may be taken with respect to such aliens. All in

violation of 8 U.S.C. §§ 1324(a)(1)(A)(I) & (v)(II)

## COUNT THREE
### Improper Entry by Alien
### (Title 8, *United States Code*, Section 1325(a))

On or about March 14, 2025, in the District of Puerto Rico and within the jurisdiction of

this Court, the defendant,

### [1] JOSÉ ANTONIO DE LEÓN-PACHE,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), knowingly

attempted to enter and entered the United States, at any time or place other than as designated by

immigration officers. All in violation of 8 U.S.C. § 1325(a).

## COUNT FOUR
### Re-entry of Removed Alien
### (Title 8, *United States Code*, Section 1326(a))

On or about March 14, 2025, in the District of Puerto Rico and within the jurisdiction of

this Court, the defendant,

## [2] MELVIN DÍAZ-LINAS,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who

has been previously removed from the United States, attempted to enter and entered the United

States, without obtaining, prior to his re-embarkation at a place outside the United States, the

express consent of the Secretary of Homeland Security to reapply for admission into the United

States. All in violation of Title 8, *United States Code*, Section 1326(a).

## COUNT FIVE
### Improper Entry by Alien
### (Title 8, *United States Code*, Section 1325(a))

On or about March 14, 2025, in the District of Puerto Rico and within the jurisdiction of

this Court, the defendant,

## [3] MIKILENDY ESPIRITUSANTO-MARTINEZ,

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), knowingly

attempted to enter and entered the United States, at any time or place other than as designated by

immigration officers. All in violation of 8 U.S.C. § 1325(a)

W. STEPHEN MULDROW
United States Attorney

for: Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

Steven Liong-Rodríguez
Special Assistant United States Attorney

Foreperson
Dated: 3-26-2025